**Daniel Johnson WILLIS, Chairman, Plaintiff—Appellant,**

**and**

**Jones County Improvement Association, Plaintiff,**

v.

**TOWN OF TRENTON, North Carolina; Sylvia A. Willis, Mayor; AL Riggs; W.O. Lewis; Charles Jones, Jr., Councilman; Glenn NMI Spivey, Town Clerk; North Carolina Department of Transportation; Lyndo Tippett, Secretary, Defendants—Appellees.**

No. 04–1324.

United States Court of Appeals, Fourth Circuit.

Submitted July 21, 2004.

Decided Aug. 12, 2004.

Daniel Johnson Willis, Appellant pro se.

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Daniel Johnson Willis appeals the district court's order declining to file his 42 U.S.C. § 1983 (2000) complaint in light of a previously-imposed prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Willis v. Town of Trenton,* No. CA-04-1-4 (E.D.N.C. Mar. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*